IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW ANDREWS, individually and on behalf of all others similarly situated, | Civil Action No. 14-cv-1308 |
| | Magistrate Judge Cynthia R. Eddy |
| Plaintiff, | |
| vs. | |
| PACIFIC PROCESS SYSTEMS, INC, | |
| Defendant. | |

## **AMENDED JOINT ADR STIPULATION**

Plaintiffs Matthew Andrews and Michael Preston individually on behalf of all of those who have already joined the lawsuit and those who may join in the future and Pacific Process Systems, Inc. hereby stipulate and agree as follows:

1. The parties entered into a Joint ADR Stipulation filed with the Court on 12/8/14 (Dkt. 44).

2. As a result of continued discussions regarding mediation and as a result of amended pleadings, the parties have agreed to mediate this matter before Michael Dickstein on February 11, 2015.

3. To accommodate the party's settlement discussions, PPS agrees that with respect to the putative class members claims and under the Fair Labor Standards Act the statute of limitations is hereby tolled until March 1, 2015.

3. By March 2, 2015 the parties shall file a joint report apprising the Court as to the outcome of the mediation.

WHEREFORE, the parties respectfully request the Court adopt this Stipulation as an Order.

| | |
|---|---|
| FIBICH, LEEBRON, COPELAN BRIGGS & JOSEPHSON | GOODRICH & GEIST, P.C. |

By: */s/Andrew Dunlap*  
Andrew W. Dunlap  
Texas Bar No. 24078444  
1150 BIssonnet Street  
Houston, Texas 77005

*Attorneys for Plaintiffs*

BY: */s/Joshua Geist*  
Joshua Geist  
Pa. I.D. No. 85745  
3634 California Avenue  
Pittsburgh, PA 15212

DICKIE, McCAMEY & CHILCOTE, P.C.

BY:*/s/Thomas H. May*  
Thomas H. May  
Pa. I.D. No. 25953  
Two PPG Place – Suite 400  
Pittsburgh, PA 15222

*Attorneys For Defendant,*